

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Samuel Sanchez Moreno,

\* From the 385th District Court
of Midland County,
Trial Court No. CR56373.

Vs. No. 11-22-00235-CR

\* June 13, 2024

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.